UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-11495WGY

| | |
|---|---|
| ALL CHECKS CASHED, INC., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| REGISCOPE DIGITAL IMAGING, LLC | ) |
|     Defendant | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the Defendant, Regiscope Digital Imaging, LLC, in the above-captioned matter.

*[signature]*

Joseph M. Noone, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644

## CERTIFICATE OF SERVICE

I, Joseph M. Noone, Esquire, hereby certify that I have this 27th day of July, 2004, served a copy of the within *Notice of Appearance* upon all counsel of record, by mailing said copy, postage prepaid, to:

Kenneth I. Gordon, Esquire
63 Chatham Street, Third Floor
Boston, MA 02109
(617)742-4602

_____
Joseph M. Noone, Esquire
AVERY DOOLEY POST & AVERY, LLP
90 Concord Avenue
Belmont, MA 02478
(617) 489-5300
BBO #559644