UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ALL CHECKS CASHED, INC.           )
           Plaintiff,            )
v.                                )  C.A. No.: 04-11495-WGY
                                  )
REGISCOPE DIGITAL IMAGING, LLC    )
_____Defendant_____ )

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The attorney and Bonnie Schoenberg, General Counsel with authority to settle and direct litigation in this matter, hereby certify that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

Dated: September 30, 2004


 /s/ Bonnie Schoenberg_____                    __/s/ Kenneth I. Gordon__
Bonnie Schoenberg                                  Kenneth I. Gordon, BBO# 556762
General Counsel                                    Attorney at Law
All Checks Cashed, Inc.                            63 Chatham Street
                                                   Boston, MA 02109