UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALL CHECKS CASHED, INC.,<br>Plaintiff | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.<br>04-11495-WGY |
| REGISCOPE DIGITAL IMAGING, LLC,<br>Defendant | ) ) ) ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The attorney and John Adams, with authority to settle and direct litigation in this matter, hereby certify that they have conferred

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b)    to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

Dated:  October 18, 2004

_____
John Adams
Regiscope Digital Imaging, LLC

_____
Joseph M. Noone (BBO#559644)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA  02478
(617) 489-5300

## CERTIFICATE OF SERVICE

I, Joseph M. Noone, hereby certify that I have this 18th day of October, 2004, forwarded the within document to all counsel of record by delivering same first class mail, postage prepaid, to:

Kenneth I. Gordon, Esquire
63 Chatham Street
Boston, MA  02109

Joseph M. Noone, Esquire (BBO#559644)
AVERY, DOOLEY, POST & AVERY, LLP
90 Concord Avenue
Belmont, MA  02478
(617) 489-5300